UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:24-cv-00545-MOC-DCK

| | | |
|---|---|---|
| **TILE REDI, LLC**, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER FOR SERVICE EX JURIS |
| | ) | |
| **CUSTOM SHOWER BASES, LTD.**, | ) | |
| | ) | |
| Defendant. | ) | |

**THIS MATTER** comes before the Court on Plaintiff's motion for an order authorizing service <u>ex juris</u>. (Doc. No. 3). Upon careful review of the pleadings, the Court will grant Plaintiff's motion.

**ORDER**

**IT IS, THEREFORE, ORDERED** that Plaintiff's motion for order authorizing service <u>ex juris</u> (Doc. No. 3) is **GRANTED**. Plaintiff is authorized to effect service upon Defendant Custom Shower Bases, Ltd., pursuant to FED. R. CIV. P. 4, the Hague Convention on the Service Abroad of Judicial and Extrajudicial Documents, and Rule 11.32 of the Alberta Rules of Court. The Court has also issued a civil summons for service on Defendant. (Doc. No. 5).

The United States District Court for the Western District of North Carolina seeks the aid and assistance of the Court of King's Bench of Alberta, Canada, in enforcing the terms of the Order to facilitate service on Defendant Custom Shower Bases, Ltd., an Alberta corporation.

**SO ORDERED**.             Signed: July 10, 2024

Max O. Cogburn Jr
United States District Judge